UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

CATHY CABAN,                                    :

                    Plaintiff,                  :

            -against-                           :

THE CITY OF NEW YORK, ET AL.,                   :

                    Defendants.                 :
-----------------------------------------------------X

ORDER

08 Civ. 7653 (BSJ)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that, on or before October 23, 2009, the plaintiff and the

remaining defendant, the City of New York, shall submit to the Court their joint pretrial order.

That document must conform with the requirements for such an order that are found in the

Individual Rules of Practice of the assigned district judge.

Dated: New York, New York                  SO ORDERED:
       September 23, 2009

                                           _Kevin Nathaniel Fox_

                                           KEVIN NATHANIEL FOX
                                           UNITED STATES MAGISTRATE JUDGE